# Exhibit 1a

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Indianapolis District Office**
115 W. Washington St., South Tower Suite 600
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/03/2025

**To:** Siobhan St. John                                    Charge No: 22A-2024-04924
3665 ALBANY CHASE APT C
Columbus, OH 43230

EEOC Representative:            Jeremy Sells
State, Local & Tribal Coordinator
(463) 999-1161

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Richard Burgamy  03/03/2025
Richard Burgamy
Acting District Director

Please retain this notice for your records.

cc: On following page

# Exhibit 1b

# OHIO CIVIL RIGHTS COMMISSION

**Board of Commissioners:**
Lori Barreras – Chair
William W. Patmon, III
Madhu Singh
Dr. Carolyn Peters
J. Rita McNeil Danish



Angela Phelps-White,
Executive Director

| | |
|---|---|
| **Charging A. Party,** ) | |
| ) | |
| Siobhan St. John ) | |
| ) | |
| **v.** ) | **Charge No.** |
| ) | ADR71(008411)07232024; 22A-2024-04924 |
| **Respondent,** ) | |
| ) | |
| The Ohio State University ) | |
| ) | |

---

## NOTICE OF RIGHT TO SUE

---

Pursuant to Ohio Revised Code 4112.051, you may file a civil action against the Respondent(s) alleging a violation of Ohio Revised Code 4112. The lawsuit may be filed in any State of Ohio court that has jurisdictions over the matter. Ohio Revised Code 4112.052 and 4112.14 provides that such a civil action must be filed within two years after the date of the alleged discriminatory practice. The time period to file a civil action is tolled during the pendency of the Commission investigation. You are advised to consult with an attorney to determine with accuracy the date by which a civil action must be filed. NOTE: If you request reconsideration of the Commission's determination**,** this NOTICE OF RIGHT TO SUE will be vacated. FOR FEDERAL COURT FILINGS: Notices of Right to Sue under federal law will be issued by the EEOC.

**FOR THE COMMISSION**

*George Shaw*

George Shaw
Columbus Regional Director
30 E. Broad St., 4th Floor
Columbus, OH 43215
(614) 466-5928

Date mailed: February 7, 2025

# **Exhibit 2**

To:        Siobhan St. John
From:    Ben Schrieber
Date:     4/2/24
Subject: Performance Improvement Plan

We have met several times to discuss concerns with your performance on 1/30/24, 2/5/24, and 2/21/24.

- **Issue 1** - scheduling conflicts, low practice engagement, loss of trust
  - Limited collaboration with head coach and other spirit staff members to align with program expectations.
  - Leaving MBB game at half time is contrary to any decision previously made by the program. Moreover, the consistent expectation is full game participation.
    - Staff and student-athletes were unaware of this decision, making it appear to have been a unilateral decision going against the expectations of the program.
- **Issue 2** - under-developed coaching techniques (stunting)
  - As the team increases difficulty there is growing concern over meaningful corrections as noted by student-athletes
  - A lack of engagement at practice limits coaching impact and learning opportunities.
- **Issue 3** - Tone, attitude, and approach can be demeaning as noted by student-athletes.
  - Student-athletes noted being talked "down to" by the assistant coach.
  - Student-athletes shared frustration over the assistant coach not being open to others' points of view, and a sense that she is always right.

Improvement in your performance is important to the effective operation of the department. Therefore, the following expectations must be met going forward for you to obtain a satisfactory level of performance:

- Expectation 1 - To allow the focus on her core responsibilities and essential functions of her job, committee work, and other specialized tasks will be reallocated. Please work with your sport administrator to transition any upcoming DEI initiatives.
- Expectation 2 – increase learning opportunities for stunt corrections by engaging more at practice to learn from the head coach.
- Expectation 3 – Attend and contribute to all staff meetings and practice and commit full attention and positive energy to supporting the head coach and work to regain trust and improve communication with staff and student-athletes.

We will continue to meet weekly over the coming (30) days to monitor your progress, and we will re-evaluate the status of your performance relative to the expectations outlined above. Should significant issues occur through the duration of this PIP immediate action up to including termination may occur prior to the conclusion of this PIP. Please identify any training or other specific needs you may have to meet the outlined expectations and notify me of those needs promptly. Upon completion of the training(s) we will meet to discuss the takeaways and how you will implement the learnings.

If your performance does not show immediate improvement, or if significant performance or conduct issues arise, termination of your employment may result prior to completion of this PIP. Please note that acceptable performance must be sustained beyond the timeframe covered by this memorandum. Further performance issues after the timeframe covered by this memorandum may result in termination without the opportunity for additional counseling or improvement plans.

Please sign below indicating we have discussed all the above items.



THE OHIO STATE UNIVERSITY

HUMAN RESOURCES



# Exhibit 3

**The Ohio State University**
**Office of Institutional Equity**

*Submitted on April 15, 2024 at 10:23:11 pm EDT*

| | |
|---|---|
| Nature | **Other (please provide additional information when asked below)** |
| Urgency | **Not applicable** |
| Incident Date and Time | **2024-01-24 7:45 AM** |
| Incident Location | **Columbus campus-other St. John Arena and French Field House** |

Reported by

| | |
|---|---|
| Name: | **Siobhan St John** |
| Title: | **Assistant Coach** |
| Email: | **siobhanst.john@gmail.com** |
| Phone | **9145636069** |
| Address: | |
| | **[UNAUTHENTICATED]** |

Involved Parties

**Siobhan ()**                                                                                    9145636069
Complainant/Impacted Party

**Ben Schreiber ()**                                    schreiber.72@osu.edu
Respondent/Alleged Party

Questions

Please provide a description of the incident. If you have a duty to report, please include all details that were disclosed.

**The precipitating event to the anger and hostility I experienced from my head coach, Ben, was the 1/10/24 men's basketball game. I took the initiative to leave the men's basketball game at halftime with eight cheer team members, as I had previously received verbal approval from Ben. I expressed my concerns about the early call time the next morning (January 11th) and the potential impact on the safety and well-being of the athletes and myself. Ben agreed to this arrangement, and I made a note of his approval.**

**However, it seems there was a misunderstanding afterward, as he later stated that I did not have permission to leave and viewed my actions as insubordination. This misunderstanding has led to a hostile work environment, characterized by actions that can best be described as bullying.**

**Subsequent to the basketball game incident, I have experienced exclusion from team emails containing vital information for my job functions, as well as being ignored during practice and in the office. Additionally, on January 23rd, Ben scheduled a meeting with the Spirit program coordinator, Melissa McGhee, himself and me for January 29th, without providing details.**

**When back from vacation and in the office on January 26th, I was alarmed to discover that he had scheduled a meeting with our cheer leadership team members without my knowledge, marking the second instance of exclusion. During this meeting, I learned about a survey sent to the team, which I was unaware of and had no input in. Despite this, he discussed survey responses with the athletes during the meeting.**

**Additionally, he shared the survey responses with Melissa on January 28th, before our scheduled meeting on January 29th and before he had communicated the response with me. When I arrived for practice on January 29th, Ben informed me that our group meeting was canceled and rescheduled for January 30th and he canceled our one-on-one coaches meeting to reschedule for January 30th. These events have caused significant distress and confusion for me**

**During our program meeting on January 30th, when Melissa inquired about the events of the January 10th game, I reiterated that I had received approval from Ben to leave at halftime, which I had documented in my notes. Melissa expressed that she didn't need to see the notes and indicated that no further action was necessary. After, our one-on-one meeting took place, during which I expressed concerns about the lack of communication and the occurrence of secret emails. However, no discussion regarding concerns about my performance took place during that meeting. (Notes attached)**

**Unfortunately, after these discussions, the situation at practice deteriorated. During our program meeting on January 30th, when Melissa inquired about the events of the January 10th game, I reiterated that I had**

received approval from you to leave at halftime, which I had documented in my notes. Melissa expressed that she didn't need to see the notes and indicated that no further action was necessary. Subsequently, our one-on-one meeting took place, during which I expressed concerns about the lack of communication and the occurrence of secret emails. However, no discussion regarding concerns about my performance took place during that meeting.

Unfortunately, after these discussions, the situation at practice deteriorated. I consistently experienced being ignored, excluded from communication, and brushed off when seeking information. Despite my efforts to engage and understand updates to the practice plan, I was met with dismissiveness and an unwillingness to communicate effectively.

On February 5th, our next meeting occurred, where once again, there was no discussion regarding performance concerns. Subsequently, you canceled our next two meetings on the 12th and the 19th, with the second being rescheduled for the 21st.

The situation escalated during practice on February 15th. Despite my efforts to stay informed by printing out the practice plan, I was blindsided by updates that I had not been made aware of. When I sought clarification, he responded dismissively and aggressively, informing me that he purposely left me off communication. This exchange took place in front of the athletic trainer, causing me considerable distress and embarrassment. Our athletic trainer, Milly Anderson, witnessed the interaction and provided support as I became visibly upset.

These incidents have significantly impacted my well-being and morale. I believe that open communication and mutual respect are essential for maintaining a positive work environment. I hope we can address these issues constructively and find a resolution that fosters a healthier and more supportive working relationship. consistently experienced being ignored, excluded from communication, and brushed off when seeking information. Despite my efforts to engage and understand updates to the practice plan, I was met with dismissiveness and an unwillingness to communicate effectively.

On February 5th, our next meeting occurred, where once again, there was no discussion regarding performance concerns. Subsequently, he canceled our next two meetings on the 12th and the 19th, with the second being rescheduled for the 21st.

The situation escalated during practice on February 15th. Despite my efforts to stay informed by printing out the practice plan, I was blindsided by updates that I had not been made aware of. When I sought clarification, you responded dismissively and aggressively, informing me that you purposely left me off communication. This exchange took place in front of the team, causing me considerable distress and embarrassment. Our athletic trainer, Milly Anderson, witnessed the interaction and provided support as I became visibly upset. These incidents have significantly impacted my well-being and morale.

Following the incident on February 15th, where I felt targeted and marginalized during practice, I felt compelled to report these concerns to Athletics HR, Krissy Mullins. In our conversation, I detailed the malicious behavior I experienced and expressed that I did not feel psychologically safe when interacting with Ben. As a result, I was referred to Campus HR, and I had a meeting with Jenn Dewitt on February 20th to discuss retaliation, hostility, lack of communication, and concerns about false statements.

During my meeting with Jenn, it was recommended that I have a conversation with Ben to address my concerns directly. Additionally, she suggested involving the sports administrator, Carey Hoyt, in a discussion. However, I admitted to having reservations about speaking to Carey, as previous complaints and concerns I shared with Carey did not result in any action or assistance.

During our next meeting, 2/21/24 , we discussed the events surrounding the January 30th meeting with the program director. It became apparent that there was a disagreement regarding the conversation about leaving the basketball game early. While Ben expressed feeling upset and believing that I had lied about receiving his approval, I maintained that I had indeed received verbal approval from him and had documented it in my notes. Despite our differing recollections, I suggested focusing on how we could move forward constructively.

He expressed ongoing unhappiness with the situation and uncertainty about the next steps. It was the first time he mentioned feeling angry for several weeks, which was not previously communicated during our one-on-one meetings. We agreed that communication is vital moving forward and acknowledged that neither of us can read each other's minds.

I reiterated my previous requests for better communication during our one-on-one meetings, which unfortunately have not been fulfilled. At this point, I feel increasingly ignored during practice, with minimal verbal communication, and when seeking clarification on practice plans, I am simply directed to look online.

On February 23rd, I encountered an incident where after saying good morning two times, because I was ignored the first time, I was met with aggression and yelled at by Ben for what he perceived as an inappropriate way of me saying goodbye to him the previous day. This behavior occurred while the sports nutritionist, Caroline Reiwe, was walking into the French Field House. Since then, I have felt continuously disrespected and bullied, making it challenging for me to feel comfortable or effectively communicate in this environment.

On March 28th, following a recommendation from Jenn D, I met with Carey to discuss these ongoing concerns. During the meeting, I detailed various incidents, including instances where keys were thrown at me or on the ground, as well as inappropriate comments made about the positioning of cheerleaders based on their appearance. I also expressed my fear of retaliation, particularly regarding my higher salary compared to Ben, which has been referenced multiple times in meetings.

However, instead of addressing these concerns, I was informed on April 2nd that I am now on a performance improvement plan (PIP). This plan completely deviates from my most recent annual review and any previous communication from the administration. It requires me to have one-on-one meetings with the individuals I have made complaints about, which is counterintuitive and is causing me significant emotional distress. Furthermore, I am deeply troubled by the decision to reallocate my DEI work within the department to someone else as part of the improvement plan. This action not only undermines my role and contributions but also adds to my concerns about retaliation.

I followed up with Jenn D on April 9th, to reiterate my concerns about the one-on-one meetings with Ben and the meetings with Carey and Ben. I expressed feeling unsafe to be alone in those meetings due to the issues I've previously outlined. I requested that an HR representative or a representative of my choosing be present in these meetings to ensure my safety and well-being. Although we discussed potential solutions, including virtual meetings, we were unable to reach a resolution at that time.

As a result, I attended the first one-on-one meeting alone, which caused me considerable anxiety. Following the meeting, our second meeting was canceled and rescheduled to include Krissy M in the one-on-one with Ben and Jenn D. in the meetings with Carey.

During the meeting with Carey and Ben on April 10th, Ben made accusations regarding scheduling issues related to my attendance at Church, which had never been communicated previously. Due to religious freedoms I did not think the comment was appropriate. Despite my attempts to address these accusations, I felt unfairly blamed by Carey. It was also during this meeting that a scheduling document was first shared with me, even though it was referenced on the PIP. I had asked for the documentation earlier and was not given it until the 4/10 meeting. I refuted the dates on the document as the majority of them were PTO or sick leave and the rest were approved remote work. Additionally, Carey put me on the spot regarding the presence of HR in the meeting, which I found inappropriate. Unfortunately, Jenn did not intervene or address this issue during the meeting.

After the meeting, I asked Carey a question regarding the reallocation of my duties and its impact on my salary. Carey informed me that my salary would be decreasing, which came as a shock and added to my concerns about the situation.

Given these developments, I urgently request a follow-up meeting to address these concerns and find a resolution moving forward. It is essential that my safety and well-being are prioritized, and I am committed to working together to find a solution that ensures a fair, and supportive work environment.

Please enter any applicable law enforcement, Children's Services, or other agency report number here:

OIE strives to uphold your privacy. It is important to note that to comply with federal, state, and local laws, as well as Ohio State policies, some information may be required to be shared with appropriate staff members, law enforcement, or other agencies.
**I acknowledge that information in this report may be shared by Ohio State as described above.**

Attachments
13024meetingnotes1.jpg
13024meetingnotespg2.jpg
13024meetingnotespg3.jpg
2524meetingnotes.jpg

*Pending IR #00081033*
*Submitted from 75.185.19.133. Processed by routing rule #1153. Routed to Rebecca Reed, OIE Lead Civil Rights Intake Coordinator.*
*Copies to: haque.66@osu.edu,ninneman.1@osu.edu,grosh.22@osu.edu*

1/30/24

DO meeting
Athlete Network
for Alumni

1/30/24 Ben/SJO meeting
in conference rm.
* Clinic will help coach
Mike to start, make sure
$ lines up. w/camps person

* Clinic timing adjustment
8:45A arrival
10:00AM Doors open
1:15 min stunt sessions
73 girls, 7 Guys
40 min. break
1:15 - 2:30 2nd session

No ____ / ____ / ____
Date ____ / ____ / ____

* Did a survey while
I was ~~out~~ away.
          ~~whaaat~~ went through.
a few of the gooder responses.

My         • H H H would be gear
thoughts { • Make SPARKLES more
          consistent #

Asked why I wasn't
communicated with about
survey or CC'd when
sent to group.
       Desided to do while
I was in AFRICA &
sent on a Wednesday
for it to be Returned
thurs.

     Voiced my concern on not
being included in any communication
& all the secreat meetings.
Never communicated survey
results. Said hire sight should
have. ——→ **

No
Date    /  /

\* 3/2 Don't have to do youth clinic if I don't want.

\* Melissa going through BB tournaments. Should kww next week.

\*\* Wanted LT meeting alone on purpose to discuss results + then communicate with me on their thoughts.
        \*

\* Asked for survey results + communication on front end.



Coaches meeting 2/5/24

• Sent Phil 4. MBB 3/3 tix email. Get sec 213.

• Requesting 9/24 (later tn after practice) or 9/25-9/30/24 off for wedding travel. During an away FB weekend. Will add to workday today. ONLY MBB THUR PRACTICE NO PRACTICE SEE FRI

• TEAM IMPACT - Would be LT responsibility. See if we could start in July. See what other teams do during off season if there are any.

• Marley will start doing additional content. Go look to see where camp photos are. If link is still avail.

---

★ FOR $30 PER PLATE

★ Still picking out banquet MENU. MENU will email what they choose

★ ONLY 1 clinic complaint & all EQ lined up ♦ Participant couldn't tumble. Parent upset.

★ #3 Corey wanting to change to Dance, 6 Cheer 3 coaches for BB tournaments

★ No practice while recruiting F / M / TU off. BEN

★ Touch base with M.H. on Collin & timeline. Next BB is 2/28

★ Asked to share any camp T-shirt graphics that we haven't used.

# Exhibit 4

**The Ohio State University**
**Office of Institutional Equity**

*Submitted on April 16, 2024 at 10:48:07 am EDT*

| | |
|---|---|
| Nature | **Race** |
| Urgency | **Not applicable** |
| Incident Date and Time | **2023-02-17 1:00 PM** |
| Incident Location | **Columbus campus-other St. John Arena, French Field House, Fawcett Center** |

Reported by

| | |
|---|---|
| Name: | **Siobhan St John** |
| Title: | **Assistant Coach** |
| Email: | **siobhanst.john@gmail.com** |
| Phone | **9145636069** |
| Address: | |
| | **[UNAUTHENTICATED]** |

Involved Parties

**Siobhan ()**                                                                                                              9145636069
Complainant/Impacted Party

**Carey Hoyt ()**
Respondent/Alleged Party

Questions
Please provide a description of the incident. If you have a duty to report, please include all details that were disclosed.
**I am writing to provide an update on my previous complaint submitted in June of 2022 regarding Carey Hoyt's actions and the ongoing issues I have faced since then.**

**Over the past three months, I have made numerous attempts to address concerns about retaliation from the head coach, Ben Schreiber. Unfortunately, my efforts to discuss these concerns with Carey have been met with further instances of discrimination and favoritism towards both Ben and Melissa McGhee, the spirit program coordinator. These instances have been outlined in my previous reports regarding both Carey and Ben.**
**As a brief summary of my previous complaint, I was overlooked for a promotion to the role of Spirit program coordinator in June of 2022. Despite expressing my goals and qualifications for the position to Carey, Melissa was appointed to the role without the position being advertised or opened for internal or external applicants. When I questioned Carey about this decision, I was told that I wasn't considered because I wasn't a head coach, and that Melissa would be focusing on revenue generation. However, I was never given an opportunity to generate additional revenue, and Carey failed to communicate any expectations regarding revenue generation in any reviews.**

**Furthermore, after expressing concerns about being pushed out of my job to Eugene Smith, the senior athletic director, I observed a shift in responsibilities within the department that directly impacted my role. Melissa, who initially reported to Ben, no longer had to do so after discussing his leadership with Carey. Additionally, responsibilities that were previously under my purview, such as media communication for the spirit program, were now solely under Melissa's control, despite being part of my job responsibilities.**

**I have continued to experience similar small slights and delegations of responsibilities to Melissa, which have further hindered my ability to effectively perform my job. These actions, coupled with Carey's lack of support or assistance, have led me to consult with both athletics HR and university HR.**
**I have experienced continued retaliation and discriminatory treatment from Carey Hoyt, despite numerous attempts to address these concerns, I have received no support or assistance further exacerbating the situation.**

Other instances that highlight the discriminatory actions taken against me include a meeting that took place on February 17th, 2023. Melissa M. created a new full-time director of operations position with Carey's support. During this meeting it was stated that my event coordinator/operation responsibilities were being moved to the new full-time role. I expressed interest in the role but was informed that I would not be able to perform both the assistant cheer coach and director of operations roles simultaneously and would have to apply if I wanted to be considered. However, it was stated that our mascot coach, Ray Sharp, who had expressed interest, if he applied, would be allowed to retain his position as head mascot coach while assuming the director of operations role. This double standard is further exemplified by Melissa maintaining multiple roles within the department without facing similar limitations.

Additionally, my role as the DEI liaison for the athletics department has been unfairly targeted as a barrier to my productivity as a coach, despite my successful performance in this role and recognition from the athletic department. Following discussions with Athletics HR and campus HR, I was placed on a performance improvement plan on April 2nd, 2024, which deviates significantly from my most recent annual review and fails to address the root causes of the issues raised. The plan includes unjustified accusations of not meeting job responsibilities and aims to reallocate my DEI work to someone else, resulting in a decrease in my salary. Furthermore, during meetings with Carey and Ben, I have been subjected to unfair treatment, including unsupported claims and subjective evaluations.

The discriminatory actions outlined above have created a toxic work environment that is causing me significant emotional distress and impacting my physical health. Despite seeking help from HR and administration, my concerns have been consistently ignored. In light of these issues, I request a thorough investigation into the discriminatory practices and hostile work environment within the athletics department. I also request immediate action to address the unjust treatment outlined in this complaint and ensure a fair and inclusive work environment for all employees.

Please enter any applicable law enforcement, Children's Services, or other agency report number here:

OIE strives to uphold your privacy. It is important to note that to comply with federal, state, and local laws, as well as Ohio State policies, some information may be required to be shared with appropriate staff members, law enforcement, or other agencies.
**I acknowledge that information in this report may be shared by Ohio State as described above.**

Attachments
41024schedulingdocumentclarification.pdf

*Pending IR #00081049*
*Submitted from 172.58.144.28. Processed by routing rule #553. Routed to Rebecca Reed, OIE Lead Civil Rights Intake Coordinator.*
*Copies to: metzger.259@osu.edu,haque.66@osu.edu,ninneman.1@osu.edu,grosh.22@osu.edu*

# <u>Exhibit 5</u>



**2024-2025 Ohio State Cheerleading Team
Policies/ Procedures/ Code of Conduct**

*STANDARD AND CORE VALUES*
*STAFF*
*ACADEMICS*
*PRACTICES*
*OPEN GYMS*
*WOMEN'S VOLLEYBALL AND BASKETBALL GAMES*
*FOOTBALL GAMES*
*EVENTS and APPEARANCES*
*NATIONALS TEAM*
*STRENGTH AND CONDITIONING*
*ATHLETIC TRAINING*
*EQUIPMENT/ UNIFORMS*
*LOCKER ROOMS*
*TRANSPORTATION*
*CLINICS*
*SOCIAL MEDIA POLICY*
*ILLEGAL DRUGS/ ALCOHOL/ HAZING POLICY/ CONDUCT*
*SCHOLARSHIPS*
*CAPTAINS + LEADERSHIP TEAM*
*VARSITY LETTER REQUIREMENTS*
*STUDENT ATHLETE GRADUATION STOLES*
*IMAGE*
*REAL LIFE PLAN*
*LIVE LIFE PLAN*
*LEADERSHIP DEVELOPMENT PLAN*
*GENERAL POLICIES*





**Ross Bjork**
**Athletic Director**



**Carey Hoyt**
**Senior Associate AD/ Sport Administrator**



**Mike Young**
**Volunteer Cheer Coach**



**Melissa McGhee**
**Head Dance Coach**
**Program Coordinator**



**Pat Carmichael**
**Assistant Dance Coach**



**Katie Devine**
**Assistant Dance Coach**



**Ray Sharp**
**Head Mascot Coach**
**Program Dir Operations**



**Tim Thiel**
**Assistant Mascot Coach**





**Quadrian Banks**
**Strength and Conditioning Coach**
**Men's Basketball/ Female Cheer**

**Taylor Brown**
**Strength and Conditioning Coach**
**Men's Ice Hockey/ Men's Cheer**





**Caroline Riewe**
**Team Nutritionist**

**Heath Haddix**
**Team Equipment Manager**
**Women's Ice Hockey/ Cheer**



**Crystal Joens**
**SASSO Counselor**

**Jon Berryhill**
**Compliance Officer**

The purpose of The Ohio State Cheerleading Team shall be the following:

To promote and uphold school spirit by leading the crowd in a positive manner at games, events on and off campus, pep rallies, and performances.  To develop a sense of good sportsmanship among the student body; to provide safe and visual entertainment for The Ohio State University.

To provide a sense of community at all events and functions while representing the spirit program, the athletic department, and the university as a whole.

To perform at the highest level possible at the Collegiate National Championships.

Congratulations on being a member of the 2024-2025 Ohio State University Cheerleading Team. As a member of this team, you are part of the "face" of The Ohio State University. Whether you are in or out of uniform, you are representing the University, the cheer team, your family, and yourself with all of your actions.

*ACADEMICS*

1. All team members must be full time students (12+ credits per semester) and maintain a 2.0+ Grade Point Average at the Columbus campus to be eligible. All team members must complete and pass a minimum of six credit hours during the fall and spring semesters. *Graduate students may have a different number of credits indicating full time status.

2. Ineligible team members are not permitted to cheer at any games or perform at any performances. If a team member is ineligible, they may be permitted to practice and train with strength and conditioning coaches. Ineligible team members will have to meet with the program SASSO Counselor on a consistent basis. Ineligible team members are not awarded any cheer scholarships.

   a. If you are ineligible after the spring semester, you will need to take a summer class to try and become eligible. If you are not eligible after the spring/ summer semesters, you will not be on the team for the next year (fall and or spring semester) unless approved by the head coach.
   b. If you become ineligible in 2 consecutive semesters, you will be removed from the team.

3. Study tables at the Younkin Success Center/ Fawcett Center are mandatory for all first-year team members (undergraduate and graduate) and those team members with under a 3.0 GPA.

   *Fall Semester 2024*

   All undergraduate first year team members- **5 hours per week**
   Undergraduate team members with accumulative G.P.A. between 2.0-2.49- **5 hours per week**
   Undergraduate team members with accumulative G.P.A. between 2.5-2.99- **3 hours per week**

   *Spring Semester 2025*

   First year undergraduate team members with under a 3.0 G.P.A. **- 5 hours per week**
   Undergraduate team members with accumulative G.P.A. between 2.0-2.49- **5 hours per week**
   Undergraduate team members with accumulative G.P.A. between 2.5-2.99- **3 hours per week**

4. If you do not complete your required amount of study table hours in a given week it will be documented, and you will be subject to consequences from the coaching staff including but not limited to the following:
   a. Sitting out 1 or 1+ quarter of a football game
   b. Decreased potential to travel
   c. Decreased potential for scholarship increases or scholarship decrease

5. You are responsible for attending all classes. *You are a student first and an athlete second.*

6. You receive priority scheduling; thus, you must use this benefit to schedule classes around pre-determined practice and lifting time blocks. If your class only offers one section and a conflict exists, please notify the head coach ASAP. **\*Priority scheduling is only open for 2 days before the rest of the student body can schedule classes.**

7. You will not be required to miss class for any events/functions <u>on campus</u>. However, you may be required to miss class for away football games and or postseason volleyball and or basketball games, along with team members competing at the National Championship.

8. You are responsible for notifying your professors of missed class time due to team travel. Your professors will also receive a note from SASSO for any official excusals due to team travel.

10. **Due to the nature of our sport, it is imperative that we have all team members present for practice. It is anticipated that we will practice on Mondays/ Wednesday/ Friday AM during the Spring 2025 semester (with additional days added during the first 1.5 weeks of the semester leading up to nationals.) Plan to take a heavier course load on Tuesday/ Thursdays that do not conflict with practice and additional practices at the start of the semester.**

*PRACTICES*

1. All practices are mandatory unless stated otherwise by the coaching staff.  *Do not schedule/ plan events around or during practices.  Do not plan to attend review sessions during practice times- work to attend those not conflicting with practices.

2. Team members will arrive no later than <u>5 minutes</u> before the start of a scheduled practice as scheduled on our TEAMWORKS calendar unless previous arrangements have been requested to the <u>coaching staff</u>.  If you are late to a practice, you will face consequences from the coaching staff.

3. If you are running late to practice, it is your responsibility to <u>CALL</u> the <u>HEAD COACH</u>.  *Call before texting.

4. Team members will wear specific clothes (including white ankle high/ "no show" socks) and appropriate footwear as communicated by the coaching staff to all practices.
   a. Team members not wearing the correct practice clothes will face consequences from the coaching staff
   b. Consequences may be different for each team member and will be left up to the coaches' discretion

5. During practice, all team members will leave their phones in the locker room to minimize distractions.  If locker room is not available, a "cell phone box" may be used.

6. If you are not present at a practice and prior arrangements have not been addressed, it will be documented, and you will face consequences from the coaching staff including but not limited to the following:
   a. Sitting out 1+ quarter(s) of a football game
   b. Decreased potential to travel
   c. Decreased potential for scholarship increases or scholarship decrease

*OPEN GYMS*

1. Open gyms are not mandatory practices but a time when current team members are encouraged to attend for the purpose of training new and maintaining current skills.

2. Open gyms may be scheduled during the summer, fall, and spring semesters.  Options may become available for current OSU male students interested in the program to attend open gyms pending a copy of a current physical and release of claims form.

*WOMEN'S VOLLEYBALL AND BASKETBALL GAMES*

1. Attendance at all games assigned is mandatory and you will report at a designated time as listed on the calendar.

2. Regular season volleyball games will take place between September and November
   a. Each team member will be scheduled on 1-2 regular season games.

3. Postseason Women's Volleyball.
   a. We will plan to send 3-4 males and 3-4 females to any postseason NCAA Volleyball games designated by the athletic department.  Rosters will be determined by the coaching staff based on the following criteria:
      i. Need
      ii. Versatility with multiple partners and execution of all volleyball skills
      iii. Exemplary energy, voice, and crowd leading abilities at games

4. Post Season Volleyball (NCAA Tournament)
   a. Rounds 1 & 2:  **12/5-12/7/24**
      i. If we travel, roster will be made up from team members not on potential B1G Football Champ Roster or a home MBB or WBB game.

   b. Rounds 3 & 4:  **12/12-12/14/24**
      i. Games fall over beginning of finals week.
      ii. Home MBB or WBB games may also be scheduled.
      iii. Non-traditional nationals team members will be first to be scheduled.

   **c. Final Four:  12/19-12/22/24- Louisville, KY**
      i. Games fall over end of finals week/ days after finals week.
      ii. Home MBB or WBB games may also be scheduled.
      iii. Non- traditional nationals team members will be first to be scheduled.

5. Basketball game procedures
   a. For basketball games, all team members will enter the Schottenstein Center through the security entrance (west side of building at bottom of staircase)
   b. Team members will arrive 1:15 prior to the start of the game (5:45 pm for 7:00 pm tip)
   c. Gear will be stored in Star Room (usually Star Room A- look for sign on door)
   d. All team members will assist with setting up EQ
      i. Flags
      ii. Megaphones
      iii. Poms
      iv. Signs
      v. Knee pads for males (women's games only)
   e. All team members will be in either Women's or Men's Aux Gym for warmup no later than 60 min prior to the start of the game.
   f. Cheer and Dance will go over any combined time outs 45 minutes prior to tip in Aux Gym.

6. Basketball rosters will be posted for the fall/ winter games at least one month in advance of the date of the game. (The schedule is not released until early fall) Rosters will be released for games in spring semester after classes and midterm conflicts are scheduled/turned in to the coaching staff. (priority scheduling) **Assume you are on every basketball game until the final rosters are posted.**

7. If a situation arises where a substitute is needed for a game and no team members volunteer, then team members will be assigned to the game.

8. If a non-life-threatening situation arises and you are not able to attend a scheduled game, you are to contact the coaching staff as soon as possible. The coaching staff will inform you if you are to find an approved substitute for the game or if they will find a substitute in your place for a game. If you are instructed to find an approved substitute for the game and are not able to find one, you are still responsible for being at the game.

   Away game rosters (conference basketball tournaments **if applicable**) will be selected by the coaching staff in February of 2025. *See below under "Postseason Games" for more details

9. There is no consumption of alcohol permitted on away games/ trips for all team members. Consequences for violating this policy include but are not limited to the following:
   a. Sitting out the next home football game (not dressing)
   b. Removal from any future scheduled away football games if travel arrangements are able to be changed
   c. Decreased potential to travel to post season games
   d. Scholarship decreases or decreased potential for scholarship increases
   e. Consequences dictated by the Head Coach

10. You are not permitted to have "guests" in your rooms on away trips. Curfews will be in place. Consequences for violating this policy will be dictated by the Head Coach.

11. Team members will wear specific clothes (including white ankle high/ "no show" socks) and appropriate footwear as communicated by the coaching staff to all games.

12. There will be basketball games scheduled over "Winter Break" that ALL team members will be subject to be scheduled at. Assume you are scheduled for all games until schedule is released. *Schedule/ Dates of these games is TBD based on schedule release.

13. **You are not permitted to plan or ask to have "off" for any games that fall over spring break- March 10-14, 2025. *Post season rosters will be determined in February 2025.**

14. Should the Men's or Women's Basketball Team(s) be selected to the NCAA Tournament(s) we will have team members travel. A SASSO proctor may be present to assist with any quizzes or exams that may fall during the scheduled trip.

15. Postseason Men's and Women's Basketball.
    a. We will plan to travel with either 3 or 4 males and 3 or 4 females to the following postseason basketball tournaments:
        i. Women's B1G Basketball Tournament **if applicable**
        ii. Men's B1G Basketball Tournament **if applicable**
        iii. Women's NIT/ NCAA Basketball Tournament if applicable
        iv. Men's NIT/ NCAA Basketball Tournament if applicable
    b. Rosters for postseason basketball will be selected based off the following criteria:
        i. Team members in "good standing with the program." along with performance ability. Good standing with the program is based on the following criteria:
            a. Academically eligible
            b. Positive feedback from strength and conditioning coaches as it relates to effort and attendance
            c. Completion of mandatory study table hours if applicable
        ii. Performance ability refers to the following criteria:
            a. Execution of partner stunts and tumbling skills at basketball games
            b. Versatility with multiple partners for all basketball gameday skills (toss and walk in stunts)
            c. Exemplary energy, voice, and crowd leading abilities at games
        iii. Rosters will be selected based on program need and to avoid any possible major academic conflicts.
        **iv. Seniority will not be a factor for postseason basketball travel.**
        v. Should OSU be in postseason basketball games after Spring Break, team members will be assigned to the rosters for these trips. Any missed classwork will be made up with the assistance of SASSO.
        **vi. New: Rosters for NCAA/ NIT Tournaments will remain the same pending advancement of the basketball team. i.e Women's NCAA Round 1/2 roster would also travel to Women's NCAA Round 3/4 location and beyond.**

### *FOOTBALL GAMES*

**1. Team members are not guaranteed to dress/ cheer on field for home football games.**

2. Team members in "good standing with the program" along with meeting select skill criteria will be present and participate in some capacity at all home football games. Team members will not necessarily be cheering on the field during a home football game.
    "Good standing with the program" is defined as the following:
        a. Academically eligible
        b. Positive feedback from coaching staff and from strength and conditioning coaching staff as it relates to effort and attendance
        c. Completion of mandatory study table hours if applicable

"Select skill criteria" is defined as the following:
   a. Knowledge and performance readiness of all football material
   b. Can safely and consistently execute at a minimum the following gameday stunts with a variety of partners:

   toss chairs
   toss extensions
   walk in extensions
   toss platform liberties
   toss platform heel stretches
   hands cupies
   **low to high tick tocks**

3. Pregame rosters will be selected by the coaching staff on the Wednesday (or Friday if needed) prior to the home game based on the following criteria:
   a. Coaches Discretion based on past practices/ performances/ games
   b. Standing tuck in "Ramp" / I wanna go back/ Script Ohio
   c. Fight song/ I wanna go back/ Script Ohio/ other material
      i. Knowledge
      ii. Performance readiness
      iii. Cleanliness
      iv. Presence
   d. Partner stunts (to be done in beginning of ramp/ script ohio)
      i. Toss chair
      ii. Toss extensions
      iii. Toss extension hands lib
      iv. Toss extension hands cupie
      v. Toss liberty
      vi. Toss stretch
      vii. Toss cupie
      viii. Fullup extension or lib?
   e. Males: ability to run a large flag with a partner
   f. *First year team members will not be eligible to perform "pregame" at the first game of the season verses Akron to allow for the opportunity to watch and understand protocol for future games.

4. There will always be a rotation of team members who are in the suites in the first or second quarter of a home football game. *Female team members must demonstrate a consistent running full to be eligible to participate in the first touchdown celebration during the first quarter.
   a. If a female cannot demonstrate a consistent running full then they will be in suites. If the suite visits occur during the second quarter of the game, then anyone without a full will not participate in the touchdown celebration.
   b. If a female does not throw/ land their running full during a touchdown celebration, they will be in suites during the next game and or not participate in the touchdown celebration.
   c. If forecasted weather shows unfavorable conditions the Head Coach will make the call if we will tumble during the first touchdown in the first quarter.
   d. Some team members will be in suites more than other team members based on all knowledge and performance of material, tumbling, partner stunts, pyramids, basket tosses

5. There will always be a rotation of team members in C Deck during the 3rd quarter

        a. Some team members will be in C-deck more than other team members based on all knowledge and performance of material, *band material, tumbling, partner stunts, pyramids, basket tosses

6. There will be a tryout to see who will perform "Hang on Sloopy" at the 3rd quarter break.

**7. The plan for locations for team members for the 2024 season is as follows:**

| Quarter 1 | All Cheer North | | |
|---|---|---|---|
| Quarter 2 | Most Cheer North | Some cheer Suites | |
| Quarter 3 | Some Cheer Southwest | Some Cheer Southeast | Some Cheer C-Deck |
| Quarter 4 | Cheer North (combined w dance?) | Some cheer South? (east or west) | |

8. Football Tickets
    a. All team members will receive football tickets for select games for the 2024 season.
    b. Seniority will be a factor in determining how many home games each team member get tickets for.
    c. Amount of home games each team member receives will vary from year to year and it based upon the class makeup of each season (first years/ second years/ etc.)
    d. It is anticipated (as done in the past) each team member will receive 2 tickets to any away football game they are on roster for.

9. Away Football games
    a. The B1G conference currently permits us to travel with 8 team members, 1 mascot and 1 coach to away conference games.
    b. During the June practice week all team members will rank their preferred order of away game travel.
    **c. Travel rosters will be selected using the same criteria as home football games (good standing with program, knowledge of material, enthusiasm, along with select skill criteria) by August 16, 2024**
    d. Team members are not guaranteed the highest-ranking games they select.
    e. Each travel roster will have a full pyramid group (at least 1 top, 2 mid layers, toe pitch group, 2 shoulder stands) so pyramids can be performed to lead the crowd.
    f. Not all team members will necessarily travel to an away football game.
    **g. *New- there is a possibility we may not travel to certain away games.**

10. Postseason Football games
    a. If the OSU Football Team is playing in a postseason bowl the roster size for the group attending will vary based on the bowl game manual, and the date of the game.
    b. If the OSU Football Team is playing in the College Football Playoff, the roster sizes for the groups attending the game(s) will vary based on the bowl game manual, the date of the game or CFP manual, or as dictated by administration.  The game schedules are below:
        i. Round 1
            1. Friday 12/20 (1 game) or Saturday 12/21 (3 games)
                a. Top 4 teams receive a bye
                b. We could host, travel, or have a bye for a first round game
                c. If Home Game
                    i. TBA
                d. If away game
                    i. TBA
        ii. Round 2- Quarterfinals
            1. Tuesday 12/31(Phoenix) or Wednesday 1/1 (Atlanta, LA, New Orleans)
                a. TBA

        iii. Round 3- Semifinals
            1. Thursday 1/9 (Miami) or Friday 1/10 (Dallas)
                a. TBA

        iv. Round 4- National Championship
            1. Monday 1/20 (Atlanta)
                a. Multiple scenarios are being evaluated
                b. More information TBA


*EVENTS/ APPEARANCES*

1. Each team member will be required to attend at least **11 events/ appearances** during the calendar year.  *Events on gamedays do not count toward this number.

2. The coaching staff will keep track of who attends each appearance.  Any team member not meeting their required number of appearances (with the exception of special circumstances excused by the coaching staff) will face consequences at the discretion of the coaching staff such as but not limited to the following:
    a. Decreases in scholarship awards or decreased potential for scholarship increases.
    b. Decreased travel opportunities.
    c. Inability to earn a Varsity Letter (see Varsity Letter Requirements)

3. Team members will wear specific clothes/ uniforms with appropriate socks along with appropriate footwear as communicated by the coaching staff to all appearances.

4. Certain appearances will count as "2 appearances" during the course of the year.

5. Only 1 second and seven readings will count as events.  You can do as many readings as you wish but only 1 will count in your required 11 appearances.

6. **New:  Event roster protocol for the fall semester is changing  and will be announced prior to the start of fall 2024 classes.  Finalized appearance rosters will be added to our team google site when complete (shaded in gray.)**

## *NATIONALS TEAMS*

11. The coaching staff will select the UCA National Championship Traditional Competition team based on ability, attitude, and team needs by **September 23, 2024.**
    a. There is not a separate tryout for the national's team.
    b. Team members must be in good academic standing to be eligible for nationals team.
    c. All team members will be evaluated from past years on team, along with all summer challenges, all practices, events, games, lifting sessions through September 22[th] to determine the roster(s).
    d. Execution and work ethic from summer challenges, summer practices, home camp/ retreat, summer practices, football performances, Buckeye Kick Off, games, and Fall Routine (if applicable) will be primary tools in selecting the national's team.
    e. There will be specific team needs that need met and will play a factor into selecting the roster.
    f. The following are <u>objective measurements with a high priority</u> for selecting the nationals team:
        i. Male Tumbling:  Mastered standing tuck, standing backhandspring back tuck.
            1. Standing backhandspring backhandspring fulls, standing backhandspring fulls (with step) and more elite skills are preferred for standing tumbling skills.
            2. Power hurdle roundoff tuck into backhandspring backhandspring fulls are preferred for running tumbling skills.
        ii. Female Tumbling:  Mastered Power hurdle roundoff backhandspring fulls.
            1. **Standing backhandspring backhandspring fulls,** standing backhandspring fulls (with step) and more elite skills are preferred for standing tumbling skills.
            2. Power hurdle roundoff tuck into backhandspring backhandspring fulls are preferred for running tumbling skills.
        iii. Basket toss skills are essential and a determining factor when selecting some of the females for the national's team.
        iv. Partner Stunting:
            1. Coaching staff will look for stunting versatility.
            2. Coaching staff will look for skills that are <u>mastered</u> with multiple partners.

        3. Coaching staff will look for consistency, grips, flexibility, dismounts, execution, and overall technique.
    g. Attitude, cohesiveness, and work ethic will play a significant role in selecting the nationals team.
    h. Due to the traditional scoresheet breakdown, a higher emphasis will be placed on partner stunting and pyramid skills when selecting the traditional roster.

12. Alternates will be determined by and announced by the coaching staff.
    a. Alternates will be expected to be at all national's related practices, performances, events, and travel to the national competition.
    b. An alternate can become a competing team member at any time the coaching staff sees fit. A team member can become an alternate at any time the coaching staff sees fit.

13. All national's team practices are mandatory.

14. Ohio State is planning to again compete in the combined Cheer/ Dance/ Mascot Gameday National Championship at the 2025 UCA National Championship.
    a. All team members will participate during the combined practices on select dates.
    b. The roster for this team will be announced at the same time as the traditional competition team roster on **September 23, 2024**.
    c. We plan to have 22-24 people on this roster
    d. This routine will involve the following elements:
        i. Fight song
        ii. Offensive or Defensive Sideline (situation called my judges)
        iii. Time Out Routine
    e. Specific "Gameday National" practices will be scheduled in October, November, December, and January leading up to the UCA National Championship
        i. All practices are mandatory
        ii. TBD if alternates will be announced when roster is announced.

**15. Due to multiple game conflict scenarios, there is a high possibility we will have a heavy crossover between the traditional and gameday rosters.**

### *STRENGTH AND CONDITIONING SESSIONS*

1. All strength and conditioning sessions are considered mandatory practices. If you are not present at a strength and conditioning session and prior arrangements have not be addressed with both the lifting coach and the coaching staff, you will face consequences from the coaching staff including but not limited to the following:
    a. Any assigned duties dictated by the strength and conditioning coach
    b. Sitting out 1 quarter of a football game
    c. Decreased potential for scholarship increases or scholarship decreases

2. If you are sick/ ill, you must attend the lifting session and the training staff / medical staff will evaluate you, unless you have been otherwise excused from attending by the training / medical

staff.  If you are extremely sick/ ill, you will CALL your strength coach and or athletic trainer and they will follow up with the coaching staff and athletic training staff.

3.  Feedback as it relates to work ethic from our strength and conditioning coaches will play a role in determining the national team rosters and postseason travel rosters.

## ATHLETIC TRAINING

*All team members must have their physical forms and insurance forms completed and filled out with necessary documentation and signatures returned by June to be eligible to participate in skills. (Packet)

1.  If an injury occurs during the season, you must report to the training room upon instruction from our athletic trainer.  If issues arise in this area, the coaching staff will determine consequences.

2.  If rehabilitation is assigned, it is the responsibility of the individual to attend all assigned sessions.  Missed rehabilitation assignments will be documented in each team member's file and you will face consequences from the coaching staff.

3.  It is the responsibility of the team member and the athletic trainer to notify the coaching staff of any injuries, sickness, or any other issues that would prevent them from participating in any practice, event, and or game before the day of.

4.  Feedback from the athletic training staff as it relates to attendance of assigned rehabilitation treatments will play a role in determining post-season travel rosters.

5.  Our new Athletic Trainer (AT) may have a few different protocols that we will address when they start.

## EQUIPMENT/ UNIFORMS

1.  Each team member will receive equipment and uniforms that will be assessed for defects or damages before being issued to the squad member.  You will sign a checklist for all items received.

2.  If any items are lost or stolen during the course of the year, you are responsible for the replacement cost of the items.

3.  After the season, team members will return certain pieces of equipment and uniforms to the equipment room where it will be re-inspected with your checklist.  If there are any damages beyond natural wear and tear, a fee may be issued to the team member.  If any items are lost or stolen, you are responsible for the cost of the items.

4.  If you do not return all "checked out uniforms/ equipment" on the required designated date you are not "eligible" until the equipment manager has received all items.  Any senior or squad

member graduating (or no longer a team member on the 24-25 team) not returning all "checked out uniforms/ equipment" on the required designated date will have a hold placed on their student account.

5. Uniforms need to be cleaned and maintained during the course of the season.

## *LOCKER ROOMS*

1. In early 2020 we took over the old track and field locker rooms.

2. Locker rooms will be expected to be cleaned up by team members.

3. Laundry loops will be provided for your practice clothes to be washed and returned.  *There will be no excuses for not having the correct matching practice clothes!*

4. We are working on plans to make upgrades to the spaces throughout the season.

5. No person from the opposite sex is permitted in the space with the exception of the coaching staff and facility personnel.  (Protocol in place of knocking to make sure area is clear of student-athletes of the opposite sex)

6. Team meetings may be held in one of the spaces if needed- hence why they need to remain clean.

## *TRANSPORTATION POLICY*

1. Transportation to all away games is provided by the program.

2. If OSU vans or rental vans are being used, only the head coach and or assistant coach will be the drivers unless noted by head coach.

3. If an athlete elects to provide their own transportation from an away game or official event, they must request permission.  If approved, the team member will complete a Use of Private Automobile form accepting full responsibility and liability.

## *CLINICS*

1. During the course of the season, the program will host various types of clinics.

2. Attendance at all clinics is mandatory unless announced by the Head Coach.

3. All background checks, required testing, and documentation must be completed by Monday 6/3/24 as dictated by the Head Coach.

4.  There are several clinics offered during the season that team members will be compensated to work.  *All paperwork must be competed/ received to office associate in order to be paid. Staffing will be determined by the Head Coach.

## *SOCIAL MEDIA POLICY*

1.  You must comply with the Ohio State Department of Athletics Social Media Policy.

2.  You shall not post or contribute any content to any social networking or other internet site(s) that reflects negatively (determined at the sole discretion of the University) on yourself, your team and/or teammates, your coach(es) or the Department of Athletics. The University may monitor such internet site(s) for the sole purpose of determining whether or not you have posted or contributed any content in violation of this section. If so, you will be required to remove the information immediately, and you may be subject to loss of privileges and other sanctions as appropriate. Additionally, you may not block or otherwise prevent coaches or athletic department staff members from viewing your site(s).

3.  Assume anything and everything you post on a social media site or text will be seen by the public.

4.  **You are not permitted to have inappropriate language/ music on social media posts or stories.**

## *ILLEGAL DRUGS/ ALCOHOL/ HAZING POLICY/ CONDUCT*

1.  Alcoholic beverages may not be purchased or consumed by team members in uniform, practice clothes, or warm-ups at any time.  No team member under the age of 21 is legally permitted to consume alcohol.

2.  There is no consumption of alcohol permitted on any away trips**.**

3.  If you exhibit any signs of being under the influence of alcohol, illegal drugs or any other controlled substance at a practice, event, or game, you will automatically be removed from the event and face consequences at the discretion of the coaching staff.

4.  Hazing is not tolerated at The Ohio State University.  You must follow the Department of Athletics' Hazing Policy and sign the Student-Athlete Agreement regarding hazing.  Hazing is subject to university disciplinary proceedings, as well as criminal and civil penalties under Ohio law (Collin's Law).
    a.  There is 0 strike policy for hazing – You will be immediately removed from the team.

    b.  *If you are planning an activity to welcome new members to your program, make sure every single aspect of that activity is safe and meaningful. If you can't answer how it will provide substantive meaning and value to their 'new member experience,' then don't do it. If you cannot be certain, it will not involve drugs or alcohol, don't do it. If you can't be certain even one person might be uncomfortable or unhappy, don't do it. If you wouldn't do it if your parents or coaches witnessed it, then don't do it. There are literally*

*thousands of ways we can welcome new people to our teams that do not constitute hazing.*

5. You must comply with the Student-Athlete Standards of Conduct.


## *SCHOLARSHIPS*

1. Scholarships for team members come from interest earned on principle from private endowments for the cheerleading program.  **Available amounts will vary from semester to semester and year-to-year based on how the accounts are performing in the markets.**

2. Scholarship amounts and increases are awarded based on the following criteria:
   a. Skill
   b. Work Ethic/ Attitude
   c. Improvement of crowd leading skills and athletic skills
   d. Need/ Out of State
   e. Experience on team
   f. Head Coach discretion

3. Scholarship amounts can decrease based on the following criteria:
   a. Not completing mandatory number of events
   b. Missing workouts with strength and conditioning coaches
   c. Failure to complete mandatory study table hours
   d. Becoming academically ineligible.  (No scholarship $ will be awarded)
   e. Missed treatment/ rehabilitation times with training staff
   f. Individual voluntary quits the team
   g. Individual involved in misconduct resulting in disciplinary action by University's regular disciplinary authority or any other legal issues filed with
   h. Consistently not completing tasks by required deadlines.  An in-person meeting will take place if this comes to fruition
   i. Coaches Discretion (specific information will be presented in an in-person meeting if scholarships are decreased at the discretion of the Head Coach)
   j. *Overall endowment finances decrease based on their current market value

## *CAPTAINS + LEADERSHIP TEAM (LT)*

1. **For the 2024-2025 season we will have 2 members of our team voted on as captains.**
2. **For the 2024-2025 we will have a Leadership Team (2 males and 2 females) + our 2 captains (total of 4 people)**
   a. 1 of the 4 members must be an underclassman
3. Captains and LT members are the "face of the program" who best represent who we are and what we are trying to accomplish
4. Captains and LT members selection process/ responsibilities:
   a. The Captains and LT will be voted on before the start of fall classes.

     b.  LT members will attend weekly or biweekly cheer meetings

     **c.  \*New- LT members will attend a OSU Spirit Program (monthly) meeting**

     d.  Captains will attend "Lead like a Buckeye" meetings (monthly)

5. The LT does not replace direct communication with the Head Coach and other members of the coaching staff.

6. New:  We will have 3 committees that the staff will interview/ select in August made up of several team members to assist with following elements of the program:

     a.  Social Media

     b.  Social / Team Bonding

     c.  General Operations

### *VARSITY LETTER REQUIREMENTS*

7. To earn a Varsity Letter the following criteria much be achieved:

     a.  Must complete 11 events over calendar year

     b.  Must participate in a minimum of 18 games (football, volleyball, WBB, MBB)

         i.  \*Those not completing 1 of the game requirements above can still letter if they make a major contribution to performances during the year

2. The Varsity Letter Ceremony / awards will be distributed at a designated time dictated by our athletic director/ sport administrator/ head coach.

### *STUDENT-ATHLETE GRADUATION STOLES*

1. Beginning with the 2017-18 team and season, only current team members (seniors or graduate students) graduating from the Ohio State University will be rewarded with wearing a student-athlete stole at the time of graduation unless special circumstances have been approved by the Head Coach.

2. Any current students still enrolled at The Ohio State University that have been a team member prior to the 2017-18 team will be "grandfathered" in and will be eligible to receive a stole pending they fulfill their academic requirements to graduate.

### *REAL LIFE PLAN*

1. During the 2024-2025 season, there will be additional mandatory events and training activities that all team members will need to complete and attend.  Some examples of the events are listed below (more may be added during the course of the year) \*Most of these items will take place during team meetings/ start of practice**.**

     a. Fiscal Responsibility Classes

     b. Voter Education Class

     c. Mandatory attendance at 1 career fair per semester

     d. Mandatory resume creation, development

     e. Exploration/ Job shadowing

     f. Internship preparation

     g.100% team completion and updates on Real Life App?

*LIVE LIFE PLAN*

1. During the 2024-2025 season, there will be additional mandatory events and training activities that all team members will need to complete and attend.  Some examples of the events are listed below (more may be added during the course of the year) *Most of these items will take place during team meetings/ start of practice**.**
   a. Mental Health/ Sports Psychology presentations
   b. Social Media presentations
   c. Alcohol Awareness presentations

*LEADERSHIP DEVELOPMENT PLAN*

i. During the 2024-2025 season, there will be additional events and training activities that are geared for your individual growth to prepare for life after OSU.  Some examples of the events are listed below (more may be added during the course of the year)
   a. Fall Leadership Program-
   b. Leadership Team Vote/ Leadership Team Meetings
   c. Wolstein Leadership Academy
   d. SAAC
   e. Lead like a Buckeye

*IMAGE*

1. Males are to be clean-shaven during all games, events, travel, performances, clinics and competition.  If a male is not clean-shaven, he will face consequences designated by the coaching staff.

2. If hair becomes too long (Men and Women), you will be asked to trim or cut. No extreme hair changes should be made without pre-approval from coaching staff. (ex. Drastic hair color change)

3. For all games/ events/ performances/ clinics, females must wear red, white or black sports bra under all OSU gear.  (Not mandatory at practices unless instructed by coaching staff)

4. All visible tattoos will need to be covered at all games, clinics, events, and performances.

5. If you are going to wear nail polish- red, nude, clear, or "French" is permitted, unless otherwise approved by coaching staff, and polish should not be chipped. This applies for all games, performances, and events with the exception of practices.

6. Hair should be "game ready" (combed, groomed, styled) for all games, camp, clinics, travel, events and functions, performances and competitions unless indicated by the coaching staff with exception to practice.

7. No Jewelry will be permitted at any practices, games, clinics, camp, performances and competitions.  This is done to ensure safety for all team members.

8. **You are to wear ankle high/ "no show" white socks to all <u>practices</u>, games, clinics, camp/retreat, and events.**

9. For all team functions (Ex. Games, events, travel, camp) uniform/clothing must be complete, game-ready, clean, and **NOT** wrinkled.

10. **New:  The LT will play a role in selecting game uniforms/ hair styles for major games and events during the course of the season.**


## GENERAL POLICIES

1. You have been selected to the 2024-2025 Ohio State Cheerleading Team.  You are not guaranteed a spot on the 2024-2025 team and will need to maintain and be consistent with skills, crowd-leading abilities, current with event participation numbers, and material throughout the season.

2. **\*A formal evaluation will take place during the spring semester of the 2024-2025 season for all team members in order to maintain their status on the roster for the 2025-2026 team.**

3. Team members wishing to stay on the team for an additional semester or an additional year after completing 4 years on the team must notify the Head Coach in writing (email) by September 1, 2024.  **\*Not all team members will be permitted to stay on the team for an additional semester or an additional year due to the needs of the team and due to the need to have several team members in each class.**  Requests submitted by September 1, 2024 will be reviewed and a 1-1 meeting with the Head Coach or a 1-2/ 1-3 meeting with the athlete and coaching staff will take place to discuss the request.  Elite athletic skills and leadership will be main factors reviewed to determine if an athlete will be granted an additional semester or year after completing 4 years on the team.  **As the football season is changing with the playoffs going into January, it is imperative that we have team members present for the entire season.**

4. Excused absences are defined as the following: serious injury/illness (accompanied with a trainer/ doctor's excuse within 48 hours), family emergencies, tests, or a prearranged absence. The prearranged absence has to be approved by the head coach at least 2 months before the absence unless otherwise approved by the head coach.  \*If you have a test that falls during a scheduled game, plan to attend the designated make up time. If you have a test that falls during a scheduled practice, you must take the exam at the regularly scheduled time. You may only attend the make-up time if the professor offers it to all students and does not require any reasoning or documentation as to why you are taking the make-up.

5. **You are only covered by the University insurance policies for injuries that occur during official, university practices (ex. you are not covered while practicing at off campus facilities)**

6.  All teammates and coaches associated with the program are expected to treat each other in a respectful manner, free from any form of harassment.  You are encouraged to immediately report any conduct that is intimidating, offensive or otherwise does not comport with a climate of mutual respect to the head coach or athletics administrators, whichever is appropriate.

7.  You are to travel with only the OSU assigned gear, unless otherwise instructed by coaching staff.

8.  *You are not permitted to miss a weekend during the fall semester for a wedding unless you are a member of the wedding party or it is an immediate family member.  The coaching staff will work to accommodate weddings in the spring semester (after nationals) and during the summer.

## Season Timeline and Overview
### (Events/ Appearances can take place in any month)

**June 2024**
        June practice week/ Combine
        Medically cleared first year team members can begin using facilities
        Bi-Weekly Summer challenges

**July 2024**
        Bi-Weekly summer challenges
        Practices and Clinics (end of month)
        Home Camp

**August 2024**
        Home Camp/ Retreat
        Summer practices
        Dorm move in
        Alumni Society Golf Outing
        Classes begin
        Study tables begin
        Buckeye Kick Off
        Football begins (8/31)
        Weekly practices/ strength and conditioning

**September 2024**
        Weekly practices/ strength and conditioning
        Football games/ pregame performances begin
        Volleyball games
        Study tables
        Nationals Roster(s) selected

**October 2024**
        Weekly practices/ strength and conditioning
        Football games/ pregame performances
        Volleyball games
        Study tables
        Nationals team music practices over fall break

**November 2024- <u>Busiest month of year</u>**
        Basketball games begin
        Weekly practices/ strength and conditioning
        Football games/ pregame performances
        Volleyball games
        Study tables
        Thanksgiving

**December 2024**
      Basketball games
      Weekly practices/ strength and conditioning
      B1G Championship Football?
      NCAA Volleyball Tournament?
      Study tables
      Finals week
      Nationals practices post finals week
      Short Holiday/ Christmas break
      CFP Playoff game(s) or Bowl Game

**January 2025**
      Basketball games
      Weekly practices/ strength and conditioning
      Study tables
      Nationals practices
      CFP Playoff game(s)
      *UCA College Nationals

**February 2025- <span style="color:red">Down season</span> begins**
      Basketball games
      Weekly practices/ strength and conditioning
      Study tables
      Open gyms may begin
      **<span style="color:red">*Formal evaluation for 2024-2025 team.</span>**

**March 2025**
      Basketball games
      Weekly practices/ strength and conditioning
      Study tables
      Open gyms
      Spring Break (no practice/ no strength and conditioning)
      Probable B1G Conference Tournaments WBB/ MBB
      Potential NCAA Tournaments WBB/ MBB

**April 2025**
      Weekly practices/ strength and conditioning
      Study tables
      *2024-2025 Event Count ends (Friday before Spring Game)
      Open gyms
      Spring Football Game
      *2 week "Dead Period" after Spring Game
            No practice/ no strength and conditioning/ no open gyms
      Finals week

**May 2025**
        2025-2026 May practices (2-3 days)
        2025-2026 Team meeting

**June 2025**
        **June Prac Week/ 2025 Ohio Cheerleading Combine**

# Exhibit 6

 **THE OHIO STATE UNIVERSITY**

**Human Resources**

Employee and Labor Relations
1590 N. High Street
Columbus, OH 43201

HRConnection@osu.edu
hr.osu.edu

June 20, 2024

Siobhan St. John
Athletics
Cheer
Campus

Dear Siobhan St. John:

Due to lack of funds and reorganization for efficiency, I must inform you that it is necessary to abolish your current position. This action is considered a reduction in force under Reduction in Force – Unclassified Staff Policy 9.15. Accordingly, pursuant to policy, your position will be terminated July 22, 2024. You will continue to report to work during this notice period and work directly with your supervisor on transition plans for your current work and offboarding including returning university property prior to your last working day.

The university's Staff Severance Program Policy 2.40 provides economic support based upon your continuous years of service. Your position is eligible to receive severance and you will be provided a severance agreement along with this letter. The amount of severance is based on your 10 years of continuous service with the university and if you elect severance it will be issued to you in a one-time lump sum payment. Details related to severance will be outlined in the severance agreement. *Please note that you must sign and return the severance agreement to receive severance pay.*

If you have any questions about the staff severance program, please contact your Employee and Labor Relations Senior Representative, Jenn DeWitt, at 614-292-4979. You may review Reduction in Work Force-Unclassified Staff and Staff Severance Program by clicking on the links, or at **hr.osu.edu/policy.**

You are encouraged to review current employment opportunities at the University Online Career Site and apply for campus job vacancies. You may apply for university vacancies pursuant to the university's Recruitment and Selection Policy 4.10.

Upon termination from The Ohio State University, you may be eligible to continue certain benefits. For more information, including deadlines for continuing and/or converting benefits, go to hr.osu.edu/life-events/leaving-ohio-state/.

Thank you for your service to this department. I wish you the very best in securing other employment.

Sincerely,

Melissa McGhee
Program Manager – Student Athlete Development

C: College/VP Unit HR Professional
Office of Human Resources, ELR
File