IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SIOBHAN ST. JOHN, | : | CASE NO. 2:25-CV-00251 |
| | : | |
| Plaintiff, | : | HON. JUDGE WATSON |
| | : | |
| vs. | : | |
| | : | |
| THE OHIO STATE UNIVERSITY, *ET AL.*, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

NOW COME Defendants The Ohio State University, Carey Hoyt, and Benjamin Schreiber, pursuant to Local Rule 6.1, and respectfully requests this Court for a twenty-one-day extension, on or until to June 10, 2025, to answer or otherwise plead.

1. Defendants request additional time to thoroughly investigate Plaintiff's claims and to prepare their responsive pleading.

2. Defendants have notified Plaintiff's counsel of this request and Plaintiff's counsel has no objection to an extension of time to June 10, 2025.

3. This is Defendants' first request for an extension of time and such motion is made in good faith and without intention to delay these proceedings.

4. No prejudice will result to any party as a result of this time extension.

5. Defendants make this request without waving any available defenses.

Respectfully submitted,

DAVID YOST
Attorney General State of Ohio

By Special Counsel:
ROETZEL & ANDRESS, LPA

/s/ Heather Renée Adams

Heather R. Adams (99262)
hradams@ralaw.com
Roetzel & Andress, LPA
41 South High Street
Huntington Center, 21st Floor
Columbus, OH  43215
P: 614.463.9770
F: 614.463.9792

***Attorney for Defendants***

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically on May 20, 2025.  A copy of this filing has been sent electronically to all parties of record.

      /s/ Heather Renée Adams
      Heather Renée Adams (0099262)
      Attorney for Defendants