IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SIOBHAN ST. JOHN, | : | CASE NO.   2:25-CV-00251 |
| | : | |
| Plaintiff, | : | HON. JUDGE WATSON |
| | : | |
| vs. | : | |
| | : | |
| THE OHIO STATE UNIVERSITY, *ET AL.*, | : | |
| | : | |
| Defendants. | : | |

NOW COMES attorney Heather Renée Adams, Esq. of the law firm of Roetzel & Andress, LPA, and hereby enters her appearance as counsel of record for Defendants The Ohio State University, Carey Hoyt, and Ben Schrieber, in the above-captioned matter. The filing of this appearance is not, and is not intended to be construed as, Defendants' waiver to any jurisdictional or other objections to these proceedings.

Please direct all pleadings, notices, and correspondence to the undersigned at the addresses listed below.

Respectfully submitted:

/s/ Heather Renée Adams
hradams@ralaw.com
41 South High Street, Suite 2100
Columbus, Ohio 43215
P: 614.463.9770
F: 614.463.9792

***Attorney for Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2025, the foregoing was electronically filed with the Court and served upon all counsel and parties of record via electronic filing.

>  */s/ Heather R. Adams*
>  Heather R. Adams, Esq.