**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

SIOBHAN ST. JOHN,

       Plaintiff(s),                              Case No. 2:25-cv-251
  vs.                                              Judge Michael H. Watson
                                                   Magistrate Judge Elizabeth P. Deavers
OHIO STATE UNIVERSITY,
et al.,

       Defendant(s).              **NOTICE OF HEARING**

**TAKE NOTICE** that a Telephonic Preliminary Pretrial Conference will be held before the Honorable Elizabeth A. Preston Deavers on **JUNE 26, 2025,** at **10:00 AM**.  The parties are directed to call **1-551-285-1373,** enter Zoom Meeting ID **161-603-4081#**.  The Participant ID and Meeting Passcode are both **581746#.**

    **PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only). **Please ensure that you are using the correct form.**

    2. The Eastern Division General Order on Pretrial Conferences can also be found on the Court's website.

    3. Parties, if represented by counsel, or principals are welcome, but not required, to participate in the conference.

**DATE: May 21, 2025**                                 *s/Sherry Nichols*
                                                          Sherry Nichols, Courtroom Deputy
                                                          Sherry_Nichols@ohsd.uscourts.gov
                                                          614-719-3461