# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SIOBHAN ST. JOHN**,

    **Plaintiff,**

                                          Civil Action 2:25-cv-0251
                                          Judge Michael H. Watson
    v.                                      Magistrate Judge Elizabeth P. Deavers

**OHIO STATE UNIVERSITY,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court on Defendants' Uncontested Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint. (ECF No. 3.) For good cause shown, the Motion is **GRANTED**. Defendants may have until **JUNE 10, 2025**, to answer or otherwise move in response to the Complaint.

    **IT IS SO ORDERED.**


**Date: May 21, 2025**                                */s/ Elizabeth A. Preston Deavers*
                                                        **ELIZABETH A. PRESTON DEAVERS**
                                                        **UNITED STATES MAGISTRATE JUDGE**